UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                            CIVIL NO. 1:18-CV-052-SA-JMV

ONE (1) TAURUS PT140 G2 PISTOL CAL:40
SN: SKR71219; ONE (1) IVER JOHNSON
1900 REVOLVER CAL: 32 SN:7782                               DEFENDANT

## DEFAULT JUDGMENT OF FORFEITURE

A Verified Complaint for Forfeiture *in rem* was filed on March 19, 2018, against the Defendant property. The complaint alleges that the Defendant property is subject to forfeiture as firearms involved in a knowing violation of 18 U.S.C. § 924(c), which prohibits the carrying and possession of a firearm in furtherance of a drug trafficking crime, and thereby forfeitable pursuant to 18 U.S.C. § 924(d)(1).

The Clerk of Court, upon review of this matter, finds as follows:

1. That pursuant to Fed. R. Civ. P. 55(b)(1), the Clerk of the Court has the authority to enter this Default Judgment of Forfeiture as the Plaintiff's claim is for a sum certain, namely, the forfeiture of the Defendant Property One (1) Taurus PT140 G2 Pistol, Cal: .40, SN: SKR71219 (17-ATF-029762) and One (1) Iver Johnson 1900 Revolver Cal: .32, SN: 7782 (17-ATF-029763).

2. Notice of this action was published on www.forfeiture.gov, an official government website, as required by Rule G (4)(a)(iv)(C), for at least thirty (30) consecutive days. Additionally, on June 19, 2018, a Notice of Judicial Forfeiture Proceedings was mailed via Certified Mail to Kathryn Murphy at the address provided on her Claim. This letter was returned

to Plaintiff as "Not Deliverable as Addressed, Unable to Forward". No claim has been filed in this proceeding.

3. That a Request for Clerk's Entry of Default, with the attached Declaration of Samuel D. Wright, is on file in the office of the Clerk of this Court in this cause. Docket #3.

5. That on November 14, 2018, the Clerk of the Court properly entered a Default against the Defendant property as no claim, answer or defense was filed by the above-stated dates or within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. Docket #4.

6. That Plaintiff has requested that a Default Judgment of Forfeiture be entered against the Defendant property. Docket #5.

It is, therefore:

**ORDERED AND ADJUDGED** that the Defendant property, , One (1) Taurus PT140 G2 Pistol, Cal: .40, SN: SKR71219 (17-ATF-029762) and One (1) Iver Johnson 1900 Revolver Cal: .32, SN: 7782 (17-ATF-029763), shall be and is hereby FORFEITED to the United States of America and no right, title or interest in said Defendant property shall exist in any other person or party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant Property forfeited to the United States shall be disposed of by the United States in accordance with applicable law.

SO ORDERED AND ADJUDGED this the 26th day of November, 2018.

                                       DAVID CREWS
                                       CLERK OF COURT

                           By:   s/ Jennifer L. Adams
                                       DEPUTY CLERK


Prepared and Submitted By:


/s/ SAMUEL D. WRIGHT
Samuel D. Wright
Assistant United States Attorney